

FILED

09/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0591

JACOB SMITH,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

SEP 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Self-represented Appellant Jacob Smith moves this Court to amend his opening brief that he filed with this Court on February 25, 2020. The State of Montana has not filed a response to this motion. We note that the State filed its response brief on June 19, 2020. Smith's reply brief is due on or before October 3, 2020.

As grounds, Smith states that his arguments were not perfected or left in mid-sentence. He explains that he "identified the incompleteness of his opening brief[.]" He puts forth that he could not adequately prepare his initial brief because this Court only granted thirty days instead of sixty days as he requested in his second motion for extension of time. Smith notes that he presented seven issues on appeal and that he wants to amend his brief to include fifteen issues. He further states that he thought this Court would catch the incompleteness of his brief upon review.

This Court review briefs upon filing to verify that they conform with the Montana Rules of Appellate Procedure. M. R. App. P. 12. We do not review briefs for substantive or legal arguments until after the case has been sent to the Court for classification. M. R. App. P. 19. Typically, an appellant should limit the number of issues on appeal. The opening brief shall contain "[a] statement of the issues presented for review[,] [p]arties are encouraged to limit the number of issues to 4 or fewer[.]" M. R. App. P. 12(1)(b). This Court declines to give Smith an opportunity to include more arguments on appeal when the State of Montana is foreclosed from filing another response brief. Accordingly,

IT IS ORDERED that Smith's Motion to Amend Opening Brief is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Jacob Smith personally.

DATED this 14 day of September, 2020.

For the Court,

By _____
                    Chief Justice